IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID BAKER and CAROL BAKER, :
:
Plaintiffs, :
:
v. : 3:12-CV-01231
: (JUDGE MARIANI)
METROPOLITAN PROPERTY AND :
CASUALTY INSURANCE COMPANY, :
:
Defendant. :

## ORDER

**AND NOW, THIS 19TH DAY OF SEPTEMBER, 2013**, upon *de novo* review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 16), Plaintiffs' Objections thereto (Doc. 17), all other responsive briefs (Docs. 19; 20), Defendant's Motion for Judgment on the Pleadings (Doc. 8), and all briefs in support or opposition to Defendant's Motion (Docs. 9-10, 13-14), as set forth in greater detail in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 16) is **ADOPTED** for the reasons set forth in the Memorandum Opinion.

2. Plaintiffs' Objections (Doc. 17) are **OVERRULED**.

3. The Motion for Judgment on the Pleadings (Doc. 8) is **GRANTED**.

4. Judgment is **ENTERED** for the Defendant.

5. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge